IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 16-11596 (KG) |
| In re:<br><br>ANDERSON DIGITAL, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 16-11597 (KG) |

GLOBAL NOTES, METHODOLOGY AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

<u>Introduction</u>

Our Alchemy, LLC and Anderson Digital, LLC (collectively, the "**Debtor*s***" ), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**", and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements.  The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publically filed or otherwise).  Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis, unlike in its normal format of a consolidated financial statement.

In preparing the Schedules and Statements, the Debtors relied upon information derived

from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The Debtors, their officers, employees, agents and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents and attorneys expressly do not undertake any obligation to update, modify revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each Debtor. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

<u>Global Notes and Overview of Methodology</u>

1. <u>Reservation of Rights</u>. Reasonable best efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the

LEGAL\27775310\1

Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 7 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements (including, without limitation, Schedule B, Schedule F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

2. <u>Description of Cases and "as of" Information Date</u>. On July 1, 2016 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code in the Bankruptcy Court. On or around the Petition Date, the Office of the United States Trustee appointed George L. Miller as the Chapter 7 Trustee (the **"Trustee"**) to the Estates of the Debtors. On July 1, 2016, a Notice of Petition Deficiency was filed by the Clerk of the Court in each of the Debtors' Bankruptcy Cases. The Notice of Petition Deficiency requires each Debtor to file the Schedules and Statements by July 15, 2016. On July 14, 2016, the Trustee filed a Motion for Order to (1) Extend Time for the Debtors to File Schedules and Statement of Financial Affairs, and (2) upon the Debtors' Failure to File Within the Extension Period Authorizing Chapter 7 Trustee to Prepare and File Debtors' Schedules and Statement of Financial Affairs and Approving Trustee's Reimbursement of Expenses Incurred as an Administrative Expense (the "**Schedules Extension Motion**") [D.I. 20]. The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of May 31, 2016, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of June 30, 2016.

3. <u>Net Book Value of Assets</u>. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of <u>May 30, 2016</u>, in the Debtors' books and records. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes do not appear in the Schedules and Statements as they have no net book value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth herein.

LEGAL\27775310\1

4. <u>Recharacterization</u>.  Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. <u>Real Property and Personal Property-Leased</u>.  The Debtors leased headquarters space located at 5900 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90036 from 5900 Wilshire LLC for 5 years until the lease expired on June 2016.  The Debtors then sub-leased transitional space at 5900 Wilshire Boulevard, 27th Floor, Los Angeles, CA 90036 from Marketcast LLC on a month-to-month basis starting in June, 2016.

6. <u>Excluded Assets and Liabilities</u>.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements.  The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage Claims exist.  In addition, certain immaterial assets and liabilities may have been excluded.

7. <u>Insiders</u>.  Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) equity holders holding in excess of 5% of the voting securities of the Debtor entities of who the Debtors were aware of; (c) Debtor/ non-Debtor affiliates; and (d) relatives of any of the foregoing (to the extent known by the Debtors).  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules and Statements, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether the Debtors or such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

8. <u>Intellectual Property Rights</u>.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor or by an affiliate.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9. <u>Executory Contracts and Unexpired Leases</u>.  Although the Debtors made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Moreover, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.  The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damage claims; the Schedules and Statements do not reflect any claims for rejection damages.  The Debtors reserve the right to make any arguments and objections with respect to the assertion of any such claims.

10. <u>Materialman's/Mechanic's Liens</u>.   The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

11. <u>Classifications</u>.  Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F Part 1 as "priority," (c) Schedule E/F Part 2 as "unsecured," or (d) on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

12. <u>Claims Description</u>.  Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated."  Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

13. <u>Causes of Action</u>.  Despite their reasonable best efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

14. <u>Summary of Significant Reporting Policies</u>.  The following is a summary of significant reporting policies:

       a.    <u>Undetermined Amounts</u>.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

       b.    <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

      c.     <u>Liens</u>.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15. <u>Estimates and Assumptions</u>.  Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual results could differ from those estimates, perhaps materially.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

16. <u>Currency</u>.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17. <u>Global Notes Control</u>.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

<u>Specific Disclosures with Respect to the Debtors' Schedules</u>

Schedule A/B.  All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of May 31, 2016 unless otherwise noted below.

    <u>Schedule A/B3</u>.  Cash values held in financial accounts are listed on Schedule A/B3 as of June 17, 2016.  The Debtors no longer has access to these bank accounts post June 17, 2016.

    <u>Schedule A/B11</u>.  Doubtful or Uncollectable Accounts, in the amount of $187,000, for accounts receivable over 90 days old was valued as of December 31, 2015.  Certain large retail customers have since stopped paying the Debtors, pending resolution of the remaining inventory and open payables to the Debtors.  However, as Debtors' visibility to all bank activities was terminated by lenders on or around June 17, 2016 and there has been a material deterioration of receivables collectability, determining the additional bad debt/disputed collections as of the Petition Date would be unduly burdensome and cost prohibitive and, therefore, the Debtors have not performed additional analyses for the Doubtful or Uncollectable Accounts.

    <u>Schedule A/B15</u>.  Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedules A/B15 as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

LEGAL\27775310\1

<u>Schedule A/B62 and A/B64</u>.  Licenses and other Intellectual Property listed in Schedules A/B62 and A/B64 have an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.  Nothing herein or in the Schedules and Statements shall be construed as  an admission or acknowledgment by the Debtors that any particular intellectual property  is not transferable either pursuant to its terms or pursuant to provisions of the Bankruptcy  Code or has no market value, and the Debtors reserve all rights with respect to any such issues.

<u>Schedules A/B74 and A/B75</u>.  The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

<u>Schedule D.</u>  The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, not all such dates are included for each Claim.  All Claims listed on Schedule D, however, appear to have arisen or been incurred before the Petition Date.

Except as otherwise agreed, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim.  The descriptions provided on Schedule D are solely intended to be a summary—and not an admission—of liability.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.  The Debtors reserve all of their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

The amounts outstanding under the Debtors' prepetition secured credit facilities reflect approximate amounts as of May 31, 2016, as the Debtors no longer had visibility to the bank account activities post June 17, 2016.

LEGAL\27775310\1

<u>Schedule E</u>.  The listing of any claim on Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority treatment under 11 U.S.C. § 507. The Debtors reserve their right to dispute the priority status of any claim on any basis.  The Debtors have listed certain taxing authorities with an undetermined amount.  These claims do not constitute an admission of any taxes owing and are listed on Schedule E for the purpose of notice only.

<u>Schedule F</u>.  The Debtors have used reasonable best efforts to report all general unsecured Claims against the Debtors on Schedule F based upon the Debtors' existing books and records as of the Petition Date.

The Claims listed on Schedule F arose or were incurred on various dates.  In certain instances, the date on which a Claim arose is an open issue of fact.  Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule F.

Schedule F contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements.  Some of the litigation Claims listed on Schedule F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

The Debtors expressly incorporate by reference into Schedule F all parties to pending litigation listed in 7 of the Debtors' Statements as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule F.

Schedule F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

<u>Schedule G</u>.  Although the Debtors' existing books, records and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors and diligent efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors, omissions or over-inclusions may have occurred.  Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.

LEGAL\27775310\1

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.  The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.  The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

The Debtors reserve all of their rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.  Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease.  The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

### Specific Disclosures with Respect to the Debtors' Statements

Statement 1.  Anderson Digital 2016 revenue amount appears low due to the digital item numbers that weren't set up in new accounting system pursuant to the acquisition. As a result, there are large amounts of unapplied cash receipts in the Accounts Receivable that are not yet recognized as revenue.

Statement 3.  Statement 3 includes any disbursement or other transfer made by the Debtors.  All disbursements listed on Statement 3 are made through the Debtors' cash management system.

<u>Statement 4</u>   Debtors have included all consulting and payroll distributions and expense reimbursements, aggregated by date, made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider" (as defined in section 101(31) of the Bankruptcy Code) when the Debtors have either made or been charged for such payments.   To the extent that former officers did not qualify as Insiders at the time of the transfer, such benefits and payments are not included in the Schedules and Statements.   The listing of a party as an Insider in the Schedules and Statements, however, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

<u>Statement 7</u>.   Information provided in Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum.   Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

<u>Statements 20/21</u>.   There are approximately 27 million DVD and Blue-Ray units held at the Sony DADC facility in Bolingbrook, IL and various digital DVD and Blue-Ray master and digital theatrical print held at over a dozen off-premises facilities.   While these inventories are largely owned by the Debtors, properties owned by third party vendors are also held at these facilities.   Due to the large number of DVD and Blue-Ray inventories and lack of personnel post-Chapter 7 filing, the review to determine properties held for third parties is still ongoing.

<u>Statement 30</u>.   Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

*   *   *

LEGAL\27775310\1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC<br><br>        Debtor. | Case No. 16-11596 (KG)<br><br><br>Chapter 7 |
| In re:<br><br>ANDERSON DIGITAL, LLC<br><br>        Debtor. | Case No. 16-11597 (KG)<br><br><br>Chapter 7 |

## CHAPTER 7 TRUSTEE'S DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Chapter 7 Trustee, George L. Miller (the "Trustee"), hereby submits the Statement of Financial Affairs (the "SOFA") and Schedules of Assets and Liabilities (the "Schedules"), in accordance with the *MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR ORDER (1) EXTENDING TIME FOR THE DEBTORS TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, AND (2) UPON THE DEBTORS' FAILURE TO FILE WITHIN THE EXTENSION PERIOD AUTHORIZING CHAPTER 7 TRUSTEE TO PREPARE AND FILE DEBTORS' SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS AND APPROVING TRUSTEE'S REIMBURSEMENT OF EXPENSES INCURRED AS AN ADMINISTRATIVE EXPENSE* and pursuant to 11 U.S.C. §521 and Federal Rule of Bankruptcy Procedure 1007 for the above-named debtors (collectively, the "Debtors"). The following disclaimers regarding the SOFA and Schedules are fully incorporated into and made part of the SOFA and Schedules and should be referred to and considered in connection with any review of the SOFA and Schedules.

The Trustee has no personal knowledge of the Debtors' financial affairs as of the date of bankruptcy. No Debtor representative is available or willing to sign the SOFA and Schedules on behalf of the Debtors. The SOFA and Schedules were not prepared by the Trustee or his

professionals but instead were prepared by Epiq Systems, Inc., who was retained by the Debtors prior to the date of bankruptcy to assist the Debtors in preparing the SOFA and Schedules and certain former Debtor personnel.

The GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS attached hereto are also fully incorporated into and made part of the SOFA and Schedules and should be referred to and considered in connection with any review of the SOFA and Schedules.

| Fill in this information to identify the case: |
|---|

Debtor    ANDERSON DIGITAL, LLC

United States Bankruptcy Court for the:    DELAWARE

Case number    16-11597
(if known)

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $103,115.76

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $103,115.76

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .    UNKNOWN

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .    **+**    UNKNOWN

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
| --- |

Debtor   ANDERSON DIGITAL, LLC

United States Bankruptcy Court for the:   DELAWARE

Case number   16-11597
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   CASH AND CASH EQUIVALENTS

**1.**   **DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2.**   **CASH ON HAND**

**3.**   **CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
   *(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. | WELLS FARGO BANK | DEPOSIT | 7706 | $92,683.49 |
| 3.2. | WELLS FARGO BANK | DISBURSEMENT | 1548 | $9,392.50 |
| 3.3. | WELLS FARGO BANK | PAYROLL | 7748 | $56.11 |
| 3.4. | WELLS FARGO BANK | SAVINGS | 0411 | $954.06 |
| 3.5. | WELLS FARGO BANK | SAVINGS | 0452 | $29.58 |
| 3.6. | WELLS FARGO BANK | SAVINGS | 8856 | $0.02 |

**4.**   **OTHER CASH EQUIVALENTS**

**5**   **Total of Part 1.**
   ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.       **$103,115.76**

### Part 2:   DEPOSITS AND PREPAYMENTS

**6.**   **DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7.**   **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

| | Current value of debtor's interest |
|---|---|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

**9 Total of Part 2.**
ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81.

## Part 3:   ACCOUNTS RECEIVABLE

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**
☒ No. Go to Part 4.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. ACCOUNTS RECEIVABLE**

**12 Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.

## Part 4:   INVESTMENTS

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**
☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**17 Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

## Part 5:   INVENTORY, EXCLUDING AGRICULTURE ASSETS

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
☒ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| **20. WORK IN PROGRESS** | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |

**23  Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

**24.  Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes   Book value _____   Valuation method _____   Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27.  DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

**33  Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

**34.** **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☒ No
  ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38.** **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** | | | |
| **40. OFFICE FIXTURES** | | | |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| **42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

**43 Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46.** **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES**

**48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

**49. AIRCRAFT AND ACCESSORIES**

**50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

**51 Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9: REAL PROPERTY

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56 Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: INTANGIBLES AND INTELLECTUAL PROPERTY

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

Debtor    ANDERSON DIGITAL, LLC    Case number (if known) 16-11597

(Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 62.1.    SEE ATTACHED EXHIBIT 62 | UNKNOWN | | UNKNOWN |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65. GOODWILL** | | | |
| 65.1.    GOODWILL | $3,905,340.58 | | UNKNOWN |

**66 Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.

| UNKNOWN |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 11:   ALL OTHER ASSETS**

---

**70. DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71. NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| **73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| **74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |

|  |  | Current value of debtor's interest |
|---|---|---|
| **75.** | **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| **76.** | **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| **77.** | **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| **78** | **Total of Part 11.**<br>ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $103,115.76 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | | |
| **83.** **Investments.** *Copy line 17, Part 4.* | | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| **88.** **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ | | |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNKNOWN | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + | |
| **91.** **Total.** Add lines 80 through 90 for each column. . . . . . . . . 91a. | $103,115.76 | + 91b |
| **92.** **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $103,115.76 |

| **Fill in this information to identify the case:** |
| --- |

Debtor   ANDERSON DIGITAL, LLC

United States Bankruptcy Court for the:   DELAWARE

Case number   16-11597
(if known)

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

1.   1. **Do any creditors have claims secured by debtor's property?**

     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
| --- | --- |

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| 2.1 | **Creditor's name**<br>SUNTRUST BANK | **Describe debtor's property that is subject to a lien**<br>UCC LIEN | UNKNOWN | UNKNOWN |
| --- | --- | --- | --- | --- |

**Creditor's mailing address**
ATTN: J. MATTHEW ROWAND
303 PEACHTREE STREET
ATLANTA, GA  30308

**Creditor's email address**
MATT.ROWAND@SUNTRUST.COM

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

| Fill in this information to identify the case: |
|---|

Debtor    ANDERSON DIGITAL, LLC

United States Bankruptcy Court for the:    DELAWARE

Case number    16-11597
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
       ☑ No. Go to Part 2.
       ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br><br>KEY PIX<br>C/O LAW OFFICES OF LEE SACKS<br>ATTN: LEE SACKS, ESQ.<br>23823 MALIBU ROAD, SUITE 50<br>MALIBU, CA  90265<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $0.00 |
| 5b. | Total claims from Part 2 | 5b.  **+** | $0.00 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. |  |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>ANDERSON DIGITAL, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DELAWARE</td></tr>
<tr><td>Case number<br>(if known)</td><td>16-11597</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SVOD LICENSE AGREEMENT<br>EFFECTIVE DATE: 3/20/2015 | BELL EXPRESSVU INC<br>ATTN: GENERAL PARTNER OF BELL EXPRESSVU LP |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DIGITAL VIDEO LICENSE AGREEMENT<br>EFFECTIVE DATE: 11/21/2013 | MEDIANAVICO LLC<br>D/B/A M-GO<br>ATTN: CAMERON DOUGLAS<br>3534 HAYDEN ST<br>CULVER CITY, CA  90232 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THEATRICAL SHORT-FORM PROGRAM LICENSE<br>EFFECTIVE DATE: 6/24/2014 | SONIFI SOLUTIONS, INC.<br>3900 WEST INNOVATION ST<br>SIOUX FALLS, SD  57107 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THEATRICAL SHORT-FORM PROGRAM LICENSE<br>EFFECTIVE DATE: 3/4/2015 | SONIFI SOLUTIONS, INC.<br>3900 WEST INNOVATION ST<br>SIOUX FALLS, SD  57107 |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THEATRICAL SHORT-FORM PROGRAM LICENSE<br>EFFECTIVE DATE: 4/21/2015 | SONIFI SOLUTIONS, INC.<br>3900 WEST INNOVATION ST<br>SIOUX FALLS, SD  57107 |

Debtor    ANDERSON DIGITAL, LLC
_____
(Name)

Case number (if known) 16-11597

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VIMEO ON DEMAND MASTER DISTRIBUTOR LICENSE AGREEMENT EFFECTIVE DATE: 2/24/2015 | VIMEO, LLC<br>555 W 18TH ST<br>NEW YORK, NY  10011 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EST/VOD LICENSE AGREEMENT EFFECTIVE DATE: 9/17/2013 | WAL-MART STORES, INC.<br>ATTN: GENERAL MERCHANDISE MANAGER<br>702 SW 8TH STREET<br>BENTONVILLE, AR  72716 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LONGFORM VIDEO DISTRIBUTION AGREEMENT EFFECTIVE DATE: 8/1/2014 | WARNER MUSIC INC.<br>ATTN: EVP AND GENERAL COUNSEL<br>75 ROCKEFELLER PLAZA<br>NEW YORK, NY  10019 |

**Fill in this information to identify the case:**

Debtor    ANDERSON DIGITAL, LLC

United States Bankruptcy Court for the:   DELAWARE

Case number   16-11597
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors      12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.   **Does the debtor have any codebtors?**

    ☑ Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes.

| Fill in this information to identify the case: |
| --- |

Debtor    ANDERSON DIGITAL, LLC

United States Bankruptcy Court for the:  DELAWARE

Case number    16-11597
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct, *subject to the attached Trustee's Disclaimers and Global Notes, Methodologies and Specific Disclosures Regarding the Debtors' Schedule of Assets and Liabilities and Statement of Financial Affairs*

Executed on  08/16/2016              ✗ *Gene L. Miller*
                 MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                                GEORGE L. MILLER
                                Printed name

                                CHAPTER 7 TRUSTEE
                                Position or relationship to debtor

Schedule A/B - Exhibit 62
Anderson Digital, LLC 16-11597

| LICENSEE | TITLE | LICENSOR |
|---|---|---|
| Anderson Digital | 9:06 | Insomnia World Sales |
| Anderson Digital | 7TH HUNT, THE | Jon Cohen |
| Anderson Digital | A Guy Named Rick | Trajectory Films, Inc. |
| Anderson Digital | A STEP INTO THE DARKNESS | Lacivert Film Ltd. |
| Anderson Digital | AARON BACON- SHORTS COLLECTION | Over the GW, LLC |
| Anderson Digital | ABSENT FATHER | Douglas H. Chang |
| Anderson Digital | ACT YOUR AGE | Dreamscape Cinema |
| Anderson Digital | Afterlife | Sakkara Productions |
| Anderson Digital | ALIVE | WILDart FILM |
| Anderson Digital | ALLIE & ME | FilmKitchen.com |
| Anderson Digital | ALPHONSO BOW | M.M. Gertz Entertainment |
| Anderson Digital | American Joyride | Markwood Films |
| Anderson Digital | AMOR EN TRANSITO | Primer Plano Film Group S.A. |
| Anderson Digital | ANDRES NO QUIERE DORMI | Primer Plano Film Group S.A. |
| Anderson Digital | APNEA | Insomnia World Sales |
| Anderson Digital | ARMLESS | Armless Movie Productions LLC |
| Anderson Digital | AS FAR AS MY FEET WILL CARRY ME | Capella International GmbH |
| Anderson Digital | ASTROPIA | Tropicalstorm Entertainment |
| Anderson Digital | BASEMENT | Viewster |
| Anderson Digital | BATTLE NY- DAY 2 | Lifesize Entertainment |
| Anderson Digital | BECOMING EDUARDO | Becoming Eduardo |
| Anderson Digital | BEDFORD- THE TOWN THEY LEFT BEHIND | The Johnson Group |
| Anderson Digital | BEHIND THE GLASS | INTERFILM |
| Anderson Digital | BEHOLD THE LAMB | Media Luna New Films UG |
| Anderson Digital | BEYOND THE STEPPES | Doc & Film International |
| Anderson Digital | BIG HEART CITY | Blue Egg Picture Productions |
| Anderson Digital | BIG SHOT CALLER, THE | Stella Films |
| Anderson Digital | BIRD CANT FLY, THE | East West Filmdistribution GmbH |
| Anderson Digital | BONES | Broken Beat and Scarred |
| Anderson Digital | Brett Butler Presents Southern Belles of Comedy | Al Miller Productions |
| Anderson Digital | Brothel | Mystic Pictures, LLC |
| Anderson Digital | Bureaucracy | Proactive Pictures |
| Anderson Digital | Butterfly Crush | ArtMedia Ltd. |
| Anderson Digital | Butterfly Dreaming | Butterfly Dreaming LLC |
| Anderson Digital | California Indian | Against the Wind Films |
| Anderson Digital | Carcasses | Visit Films |
| Anderson Digital | Carried Away | Carried Away LLC |
| Anderson Digital | Colin Hearts Kay | Colin Hearts Kay, LLC |
| Anderson Digital | Collective, The | International Film Fund, LLC |
| Anderson Digital | Colour from the Dark | Studio Interzona Productions |
| Anderson Digital | Commit | Nicole Blaine |
| Anderson Digital | CONNED | Conned LLC |
| Anderson Digital | Counting Backwards | Montague Films LLC |
| Anderson Digital | Cruzando | Those Guys and That Girl Films, LLC |
| Anderson Digital | Cupid's Mistake | Young Man Kang Films |
| Anderson Digital | Cut | Left Films |
| Anderson Digital | Daddy's Home | MMGertz Entertainment |
| Anderson Digital | Dark Arc | The Last Big Thing Corporation |

Schedule A/B - Exhibit 62
Anderson Digital, LLC 16-11597

| LICENSEE | TITLE | LICENSOR |
|---|---|---|
| Anderson Digital | Dark Woods | NOM DE PLUME FILMS, LLC |
| Anderson Digital | Darkroom | Weird Chief Pictures |
| Anderson Digital | Dead Outside,The | Boll AG |
| Anderson Digital | Deposition, The | Emphatic Films, LLC |
| Anderson Digital | Dirt Boy | A Winter's Tale, Inc. |
| Anderson Digital | Dumbarton Bridge | Charles Koppelman |
| Anderson Digital | Elevator | Keep Movieng |
| Anderson Digital | EM | EME Films, LLC |
| Anderson Digital | Empty | Broken Table Productions |
| Anderson Digital | ESPOSITO | Michael Vadini Productions |
| Anderson Digital | Exit No. 6 | Joint Entertainment International, Inc. |
| Anderson Digital | Exodus | Jinga Films Limited |
| Anderson Digital | FANNY, ANNIE AND DANNY | CB Films |
| Anderson Digital | Fat City, New Orleans | Indie Marketing |
| Anderson Digital | FATHERLESS, THE | Doc & Film International |
| Anderson Digital | Finding Jenua | Then What Films |
| Anderson Digital | Florida Road | |
| Anderson Digital | Followed Home | Think Dreamer Productions |
| Anderson Digital | For Love of Amy | VLA Productions |
| Anderson Digital | Four Corners of Suburbia | Ron Gilbert |
| Anderson Digital | Four Stories of St. Julian | 4th Grade Films |
| Anderson Digital | Garth Method, The | Rogue Arts |
| Anderson Digital | Glitch in the Grid | Albino Fawn Productions |
| Anderson Digital | Heart of Now | Artis Entertainment |
| Anderson Digital | Helen | Visit Films |
| Anderson Digital | Here | Visit Films |
| Anderson Digital | He's on my Mind | Molake Pictures |
| Anderson Digital | Homeland | Ron Gilbert |
| Anderson Digital | How 2 Build a Rapper | Anacost Films, LLC |
| Anderson Digital | I Can Tell The World | Roundtable Media |
| Anderson Digital | IF YOU COULD SAY IT IN WORDS | A Chip and A Chair Films |
| Anderson Digital | INTERNATIONAL PRODUCERS GROUP (Multi-Title) | |
| Anderson Digital | INVISIBLE INK | Christopher Julian Digitalworks |
| Anderson Digital | Island | Nikki Black Films Limited |
| Anderson Digital | JARRING | Water of March Films |
| Anderson Digital | JESTER TILL | Capella International GmbH |
| Anderson Digital | JOURNAL OF A CONTRACT KILLER | International Film Fund, LLC |
| Anderson Digital | JUMP OFFS | M.M. Gertz Entertainment |
| Anderson Digital | LA MEME NUIT, 7.23, BIRTH | Sydney Film School |
| Anderson Digital | LAST BIG THING, THE | The Last Big Thing Corporation |
| Anderson Digital | LAST EVE, THE | Young Man Kang Films |
| Anderson Digital | Last Soul on a Summer Night | Rogue Arts |
| Anderson Digital | LATE ROUNDERS | Suarez Corporation Industries |
| Anderson Digital | LEFT/RIGHT | Incognitio Mosquito Flicks, LLC |
| Anderson Digital | Little Spirit | Locomotive Distribution |
| Anderson Digital | LOCAL, THE | Insurgent Pictures |
| Anderson Digital | LOOK, STRANGER | Visit Films |
| Anderson Digital | LOST RIVER: LINCOLN'S SECRET WEAPON | Lost River Productions |
| Anderson Digital | Mama Sweetie | Nimo Mathenge & Beth Turton |

Schedule A/B - Exhibit 62
Anderson Digital, LLC 16-11597

| LICENSEE | TITLE | LICENSOR |
|---|---|---|
| Anderson Digital | MAY STORY | Cineworks |
| Anderson Digital | MENTOR | Rogue Arts |
| Anderson Digital | MIDSUMMER MADNESS | East West Filmdistribution GmbH |
| Anderson Digital | MIXING KARMA | KO STUDIOS, INC. |
| Anderson Digital | Morning | Morning Films, LLC |
| Anderson Digital | MOST DISTANT COURSE, THE | Joint Entertainment International, Inc. |
| Anderson Digital | MOTHERLAND | JS Editorial & Projects, Inc. |
| Anderson Digital | MURDER IN CHINA BASIN | Norman Gerard |
| Anderson Digital | MY HOUSE IS FULL OF MIRRORS | RAI Radiotelevisione Italiana S.p.A. |
| Anderson Digital | MY TRUE SELF | Cardinal Studio |
| Anderson Digital | NATURE | Jeff Pickett |
| Anderson Digital | NIGHTFUR | Corgan Pictures, Inc. |
| Anderson Digital | NORTHERN KINGDOM, THE | Stuffed Oliva, Inc. |
| Anderson Digital | ONE NIGHT | One Night, LLC |
| Anderson Digital | OTRA PELICULA DE AMOR | Gitano Films |
| Anderson Digital | PAGAN QUEEN, THE | Bollag |
| Anderson Digital | PASEO | Gitano Films |
| Anderson Digital | PERMANENT VACATION | What We Did On Our Holidays, LLC |
| Anderson Digital | POSSESSION | Rogue Arts |
| Anderson Digital | PRAYER TO A VENGEFUL GOD | Insurgent Pictures |
| Anderson Digital | PRIME OF YOUR LIFE | PRIME OF YOUR LIFE PICTURES, LLC |
| Anderson Digital | ROAD TO VICTORY | RTV Pictures, LLC |
| Anderson Digital | SCAPE | |
| Anderson Digital | SECRET SHORTS | |
| Anderson Digital | SLAUGHTERED | Left Films |
| Anderson Digital | SNAKE SKIN JACKET | Norman Gerard |
| Anderson Digital | SOME DOGS BITE | Kindle Entertainment Limited |
| Anderson Digital | SOMETHING BETTER SOMEWHERE ELSE | 59 Films LLC & Hog Butcher LLC |
| Anderson Digital | STARLIGHT AND SUPERFISH | Starlight and Superfish, LLC |
| Anderson Digital | STEPHANIE'S IMAGE | Janis DeLucia Allen |
| Anderson Digital | STRANGE GIRLS | MDUX Pictures, LLC |
| Anderson Digital | STRING THEORY | Neon Buddha Multimedia |
| Anderson Digital | STRONGER THAN BLOOD | Capella International GmbH |
| Anderson Digital | SUBPRIME | Skoorbyland |
| Anderson Digital | SUNNY & SHARE LOVE YOU | Rinky Dink, Inc. |
| Anderson Digital | Symmetry of Love, The | Aitor Gaizka Sempere y Llona |
| Anderson Digital | TENDERLOIN | Edward R. Miller |
| Anderson Digital | Time of Her Life | M.L. Banks |
| Anderson Digital | Tiny Little Lies | Dead Artist Films, LLC |
| Anderson Digital | Toxic Lullaby | Rogue Arts |
| Anderson Digital | Tracing Cowboys | Vigilante Films |
| Anderson Digital | UNA SEMANA SOLOS | Primer Plano Film Group S.A. |
| Anderson Digital | UNIDENTIFIED, THE | Floodgate Features |
| Anderson Digital | VICTORIA | Wonderphil Productions |
| Anderson Digital | VINYL | Tom Wilton |
| Anderson Digital | VISIONS AND MIRACLES OUT OF THE LAND OF | Dr. Khairy Malek |
| Anderson Digital | WAN CHAI BABY | Dragon Horse Films Limited |
| Anderson Digital | WATERHOLE, THE | KR7 Productions |
| Anderson Digital | WHAT YOU DONT SEE | Rendez-Vous Pictures |
| Anderson Digital | WHITE KNUCKLES | Artis Entertainment |

Schedule A/B - Exhibit 62
Anderson Digital, LLC 16-11597

| LICENSEE | TITLE | LICENSOR |
|---|---|---|
| Anderson Digital | WINDCROFT | Hobbies Old |
| Anderson Digital | WOMEN DO IT BETTER | M.M. Gertz Entertainment |
| Anderson Digital | WORKS IN PROGRESS | M.M. Gertz Entertainment |
| Anderson Digital | YOGA EVOLUTION | Travis Eliot |